Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel:    619/758-1891
Fax:    619/296-2013
dkirkpatrick@sessions-law.biz

Keren E. Gesund, Esq. (SBN 253242)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Tel:    504/ 828/3700
Fax:    504/828/3737
kgesund@sessions-law.biz

Attorneys for Phillips & Cohen Associates, Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| KIM BRITZ, <br><br> Plaintiff, <br><br> vs. <br><br> PHILLIPS & COHEN ASSOCIATES, LTD.; and DOES 1-10 inclusive, <br><br> Defendants. | Case No: 2:12-cv-01841-GEB-EFB <br><br> PHILLIPS & COHEN ASSOCIATES, LTD.'S FEDERAL RULE 7.1(a) INITIAL DISCLOSURE STATEMENT |

NOW COMES defendant, PHILLIPS & COHEN ASSOCIATES, LTD. ("PCA"), through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Phillips & Cohen Associates, Ltd. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: August 14, 2012

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.

_____
Keren E. Gesund, Esq.
3850 N. Causeway Boulevard, Suite 200
Metairie, La 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email address: kgesund@sessions-law.biz

-and-

Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
Telephone: (619) 758-1891
Facsimile: (619) 296-2013
Email address: dkirkpatrick@sessions-law.biz

Attorneys for Defendant,
Phillips & Cohen Associates, Ltd.

## CERTIFICATE OF SERVICE

I certify that on this 14th day of August, 2012, a copy of the foregoing **Rule 7.1 Corporate Disclosure Statement of Defendant, Phillips & Cohen Associates, Ltd.** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Tammy L. Hussin, Esq.
thussin@lemberglaw.com

Counsel for Plaintiff, Kim Britz

By: _____
Keren E. Gesund, Esq.
Counsel for Defendant,
Phillips & Cohen Associates, Ltd.

\\sfnfs02\prolawdocs\8985\8985-29771\Britz, Kim\863033.doc