IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Kim Britz, | ) | |
| | ) | 2:12-cv-01841-GEB-EFB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: SETTLEMENT AND |
| | ) | DISPOSITION |
| Phillips & Cohen Associates, | ) | |
| Ltd.; and DOES 1-10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

        Plaintiff filed a "Notice of Settlement" on October 5, 2012, in which she states, "the parties in the above-captioned case have reached a settlement[, and t]he Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days." (ECF No. 10, 1:2-6.)

        Therefore, a dispositional document shall be filed no later than December 4, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the Status Conference scheduled for hearing on October 29, 2012, is continued to January 14, 2013, commencing at 9:00 a.m., in the event no dispositional document is filed, or if this action

1   is not otherwise dismissed.[1]   A joint status report shall be filed

2   fourteen (14) days prior to the Status Conference.

3         IT IS SO ORDERED.

4   Dated:  October 9, 2012

5

6                                   _____
                                    GARLAND E. BURRELL, JR.
7                                   Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   _____

26      [1]    The Status Conference will remain on calendar, because the
     mere representation that a case has been settled does not justify
27   vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890
     (9th Cir. 1987) (indicating that a representation that claims have been
28   settled does not necessarily establish the existence of a binding
     settlement agreement).